```
BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
Richard L. Stuhlbarg (SBN: 180631)
Stephen J. Kelley (SBN: 163812)
Karyn L. Ihara (SBN: 298950)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No:  310/ 768-3068
Fax No:  310/ 719-1019
E-mail: Brian.Takahashi@bowmanandbrooke.com
E-mail: Richard.Stuhlbarg@bowmanandbrooke.com
E-mail: Stephen.Kelley@bowmanandbrooke.com
E-mail: Karyn.Ihara@bowmanandbrooke.com
```

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAIME CASTILLON, an individual, | CASE NO.: 5:18-cv-00201 PA (KKx) |
| Plaintiff, | (Removed from Riverside County Superior Court Case No. PSC1707026) |
| vs. | |
| BMW OF NORTH AMERICA, LLC, A Delaware Limited Liability Company; and DOES 1 to 20, inclusive, | **ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | Trial:   October 2, 2018 |

The Court having reviewed the parties' Stipulation of Dismissal of Entire Action Without Prejudice and good cause appearing,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

IT IS SO ORDERED.

DATED: August 31, 2018

_____
Percy Anderson
United States District Court Judge